## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

IN RE:    **JIMMIE J. MONTGOMERY**                    **CHAPTER 13**
**HAZEL KATHERINE MONTGOMERY**            **CASE NO. 10-51752**

### SPECIAL NOTICE TO SECURED CREDITOR

**TO:**    Santander Consumer USA, Inc.
Reg Agent: CT Corporation System
4701 Cox Road, Suite 301
Glen Allen, VA 23060

Description of Collateral: 2003 Mazda MVP Van

1.)  The attached Chapter 13 plan filed by the Debtor(s) purposes (check one):

_X___  To value your collateral. **See Section 3 of the plan.** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

_____  To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. **See Section 7 of the plan.** All or a portion of the amount you are owed will be treated as an unsecured claim.

2.)  **You should read the attached plan carefully for the details of how your claim is treated.** The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the Debtor(s), their attorney, and the Chapter 13 Trustee.

Date Objection Due: <u>12-27-2010</u>
Date & Time of Confirmation Hearing: <u>01-05-2011 , at 2:00 p.m.</u>
Place of Confirmation Hearing: <u>Courtroom, 3rd Flr, US Courthouse, 116 N. Main St., Harrisonburg, VA 22802</u>

<u>/s/ David Wright</u>
Counsel for the Debtor(s)
900 Lakeside Drive
Lynchburg, VA 24501
(434) 845-2600
(434) 845-0727

### CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by:

___X___  First class mail in conformity with the requirements of Rule 7004(b), Fed. R. Bankr.P; or

_____  Certified mail in conformity with the requirements of Rule 7004(h), Fed. R. Bankr. P; on this November 1, 2010.

<u>/s/ David Wright</u>
Counsel for Debtor(s)